UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BAYVIEW LOAN SERVICING, LLC,
As Servicer Acting on Behalf of the Bank
of New York Mellon,

      Plaintiff,

Case No. 18-cv-13266
Hon. Matthew F. Leitman

v.

DAVID KENT, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: November 8, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 8, 2018, by electronic means and/or ordinary mail.

      s/Holly A. Monda
      Case Manager
      (810) 341-9764